**2013–0332.   State v. Johnson.**
Butler App. No. CA2011–11–212. This cause is pending before the court as an appeal from the Court of Appeals for Butler County.

Upon consideration of appellant's motion to appoint the Office of the Ohio Public Defender, it is ordered by the court that the motion is granted, and E. Kelly Mihocik of the public defender's office is appointed to represent appellant.

## DISCIPLINARY CASES

**2012–1181.   Disciplinary Counsel v. Antony.**
It is ordered by this court, sua sponte, that John Peter Antony, Attorney Registration No. 0043520, last known business address in Highland Heights, Kentucky, is found in contempt for failure to comply with this court's order of September 6, 2012, to wit: failure to file an affidavit of compliance on or before October 9, 2012.

## CASE ANNOUNCEMENTS

*May 15, 2013*

[Cite as *05/15/2013 Case Announcements*, 2013-Ohio-1969.]

## MOTION AND PROCEDURAL RULINGS

**2012–1997.   Glen Meadows Apts. Ltd. Partnership v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009–Q–3460. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the agreed motion to remand the appeal in order to implement a settlement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals by certifying a copy of this judgment entry and filing it with the Board of Tax Appeals.

**2013–0513.   In re Ohio Edison Co., Cleveland Elec. Illum. Co. & Toledo Edison Co. for Auth. to Provide for a Std. Serv. Offer Pursuant to R.C. 4928.143, in the Form of an Elec. Sec. Plan.**
Public Utilities Commission, No. 12–1230–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motions for admission pro hac vice of Justin M. Vickers and Robert Kelter, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.